# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | | |
|---|---|---|
| | Plaintiff, | Case No.: 25-mj-00704-MTS-1 |
| vs. | | Date: 8/19/2025 |
| | | Court Time: 2:11pm-2:13pm |
| Christien Lafrance, | | **MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING** |
| | Defendant(s). | |

Mark T. Steele, U.S. Magistrate Judge     L. Tiefenthaler, Deputy Clerk     Courtroom 5

Interpreter: _____ ☐ Sworn
Counsel for Plaintiff: Adam McConney
Counsel for Defendant: Terry Weber     Appt.
Case called for: ☒ Detention Hearing, ☒ Preliminary Hearing;
☒ Defendant appears in custody with counsel;
Defendant waives: ☒ Preliminary Hearing ☒ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # 3 ;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☐ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 3 ): ☐ granted, ☐ denied, ☒ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☐ Bond set at _____ Bond and Conditions of Release executed;
☒ Defendant detained and remanded to custody of U.S. Marshal, ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.

Additional Minutes:
_____
_____

Government's Witnesses:                      Defendant's Witnesses:

Government's Exhibits:                       Defendant's Exhibits: